**Motion Denied; Order filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00716-CV
_____

**MOHAMMED ZAHIRRUDIN, Appellant**

**V.**

**RS 6600 SW FWY, LP, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71889**

---

## ORDER

On October 30, 2012, appellee filed an "Agreed Motion to Dismiss Appeal." Because the motion did not comply with this court's local rule, on November 6, 2012, we ordered the parties to file a motion in compliance with the Fourteenth Court of Appeals Local Rule 4(f) ("If [an e-filed] document requires the signature of an opposing party, the e-filer must e-file the document as a scanned image containing the opposing party's signature.").

On November 7, 2012, appellee filed an "Amended Agreed Motion to Dismiss Appeal." The motion was signed by appellee's attorney and by "Mohammed

Zahirruddin/ by permission." Appellant, Mohammed Zahirruddin, is not represented by counsel. The Rules of Appellate Procedure require a party who is not represented by counsel to sign any document the party files. *See* Tex. R. App. P. 9.1(b) ("A party not represented by counsel must sign any document that the party files and give the party's mailing address, telephone number, and fax number, if any.").

The motion to dismiss is denied for failure to comply with the Rules of Appellate Procedure and this Court's Local Rules.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Mirabal.